UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K.L., a minor by and through his parent S.M.L., <br><br> Plaintiff, <br><br> v. <br><br> BELLINGHAM SCHOOL DISTRICT, <br><br> Defendant. | C21-979 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by October 29, 2021, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on July 26, 2021, docket no. 6.  Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of October, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1