UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

K.L., A MINOR, BY AND
THROUGH HIS PARENT S.M.L.,

Plaintiff,

v.

BELLINGHAM SCHOOL DISTRICT,

Defendant.

C21-979 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Joint Status Report, docket no. 14, the Court adopts the following deadlines:

    (a) Deadline for filing administrative record: January 3, 2022

    (b) Deadline for filing dispositive motions: February 4, 2022

    (c) Plaintiff's Opening Brief Due: March 7, 2022

    (d) Defendant's Response Brief Due: April 11, 2022

    (e) Plaintiff's Reply Brief Due: April 29, 2022

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1