UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

K.L., a minor by and through his parent, S.M.L.,

           Plaintiff,

   v.

BELLINGHAM SCHOOL DISTRICT,

           Defendant.

C21-979 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff filed a Notice of Settlement, docket no. 16, stating that the parties have agreed in principle to settle this matter. Local Rule 17(c) requires the Court to appoint a guardian ad litem in every case where the Court is requested to approve a settlement involving the claim of a minor. Similarly, Washington Superior Court Special Proceedings Rules 98.16W states that "[i]n every settlement of a claim, whether or not filed in court, involving the beneficial interest of an unemancipated minor . . . the court shall determine the adequacy of the proposed settlement on behalf of such affected person and reject or approve it." In light of these rules, the parties are DIRECTED to file briefing by February 18, 2022 addressing whether the parties' settlement requires the Court to appoint a guardian ad litem and approve the settlement.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of January, 2022.

           Ravi Subramanian
           Clerk

           s/Gail Glass
           Deputy Clerk

MINUTE ORDER - 1